UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 21 2020 PM 12:57
FILED-USDC-CT-HARTFORD

**CIVIL RIGHTS COMPLAINT**

Granville S Watson
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

State of Connecticut
Manchester police dept
Manchester Superior Court
_____

Case No. _____
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

**A. PARTIES**

1. Granville Watson is a citizen of Delaware who
   (Plaintiff)                                  (State)
   presently resides at 196 Haut Brion Ave Newark DE 19702.
                        (mailing address)

2. Defendant Manchester Police dept is a citizen of Connecticut
   (name of first defendant)                    (State)
   whose address is 239 Middle tpk Manchester CT 06040,
   and who is employed as The police dept.
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

It was multiple arrests

3. Defendant __State of Connecticut__ is a citizen of __Connecticut__
   (name of second defendant)                                    (State)

whose address is __172 Golden Hill St Bridgeport CT 06604__

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓     42 U.S.C. § 1983 (applies to state defendants)

   ___   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I was arrested from the age of 18 to 37 mostly for crimes I did not commit. I was sentenced to Five and a three year sentence for crimes I did not commit. I was given relief in the form of a pardon several years ago. I have been trying to recive compensation for a long time.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** wrongful arrest and conviction and false reporting by police and state officials. The police officer involved in my arrests was acused of wrongful arrests on others.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Documents from arrests and court paperwork.

**Claim II:** _____

_____

_____

Supporting Facts:

**Claim III:** _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

The state minimum $50,000 for the Five year sentence and $50,000 for every year of the three year sentence. Total $400,000. Five million for years of imprisonment and suffering. Total 5,400,000

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓   No ____

Sworn to and subscribed before me this 13 day of April 2020

_____   _____
Original signature of attorney (if any)   Plaintiff's Original Signature

[Notary seal: HUY V. NGUYEN, MY COMMISSION EXPIRES FEB. 26, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

_____   _____
Printed Name   Printed Name

_____   _____

( )   ( )
Attorney's full address and telephone   Plaintiff's full address and telephone

_____   _____
Email address if available   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
            (location)                    (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

Granville S Watson.                                    April 13, 2020
      Plaintiff ,

    V

State of Connecticut ;
Manchester Police Department ;
Claims Commission;
      Defendants.


Complaint ;


I was incarcerated on multiple occasions in the State of Connecticut for crimes I did not commit. These injustices continued for over twenty years, starting at the age of eighteen and not ending until the age of thirty eight, ultimately I received relief in the form of a pardon. I tried on multiple occasions to get compensation from the State of Connecticut for the wrongful convictions and incarcerations but was told that I did not follow the proper procedures to file suit with the State of Connecticut. I subsequently filed a claim with the claims commission in the State of Connecticut for these wrongful arrests and convictions and received a response from the state's attorney giving his response to my claim.

The state's attorney's response is as follows . The State's Attorney believes that my suit should have been against the Manchester Police Department only and not the State of Connecticut or any other entity , and that the Statute of limitations has expired and my claim should be dismissed based on these issues.

It is my contention that the State's Attorneys opinions are factually inaccurate. There were several arrests and convictions that were not only the police department's fault but the fault of the judicial system and the Manchester Superior court. I believe that I can prove beyond a shadow of a doubt that the police department and the court were involved in a conspiracy to arrest and convict me without just cause. The arrests were baseless and there was no evidence to arrest me or convict me of any crime, yet I was given a five year sentence and then a three year sentence and these sentences were given by Superior Court district  G.A 12 in the State of Connecticut.

I was under contract with the military at the time, I had just joined the army and was scheduled to start basic training and the military came to court with me informing the court that I was under military contract and needed to leave immediately. The state's attorney's office in Manchester Superior court fraudulently told the military that I was responsible for crimes that I was yet to be

arrested for. The military terminated my contract with the army as a result of this false information.

The detective that was responsible for my false arrest and convictions was accused by several other people of false arrests and convictions including those involved in high profile cases. Detective Michael Morrissey was the main detective involved with my arrest and learned while questioning me that he made a mistake and said so but continued with the arrest. The state continued with fraudulent investigative reports and baseless accusations, ultimately resulting in the sentences.

Ultimately the state granted a pardon but I was never compensated. The claim with the states claims commission is for compensation for these injustices and I have been waiting for a response for over six months. I am requesting the state's minimum $50,000 for every year of wrongful incarceration. The initial five year sentence and the three year sentence totaling eight years equaling $400,000. I have been waiting for the final decision from the claims commission and have yet to hear about any decision being made. In addition I would like to sue for pain and suffering for the loss of military service and jobs and the consequence of false accusations and convictions.

The federal civil rights law, 42 U.S.C 1983 et seq, : Exceptions and Tolling Provision: Certain exceptions may apply in particular cases to the deadline and statute of limitations requirements as set forth by state law and these are as follows. If the petitioner is alleging a conspiracy by the police and other officials, the conspiracy might not accrue until the conspiracy has terminated. As stated in my claim with the claims commission, I tried to join law enforcement after I received my pardon from the State of Connecticut but the State of Maryland Trooper department was informed by state officials in Connecticut of the past criminal convictions. The conspiracy is ongoing and this negates the claim the states attorneys made about statute of limitations requirements not being met.

I ask that the court force the claims commission to meet their obligations in this matter and pay the claim as it is required to.

Thank you for your time and consideration in this matter.
Granville S Watson
196 Haut Brion Ave
Newark Delaware 19702

Sworn to and subscribed before me this 13 day of April 2020

HUY V. NGUYEN
MY COMMISSION EXPIRES FEB. 26, 2022
NOTARY PUBLIC
STATE OF DELAWARE

State of Connecticut
Office of the Claims Commission
450 Columbus Boulevard, Suite 203
Hartford Connecticut 06103
File # 25801

.          Position Statement;

There were four separate arrests and charges that were a miscarriage of justice and the State of Connecticut and the Manchester Police Department should be held accountable.

1. Possession of a handgun . 1/10/1991 sentence five years prison. The police executed a raid to retrieve the gun they believed was involved in a robbery, the robbery of my employer at the time Taco Bell. They found my father's registered handgun and charged me with possession of a weapon. The gun was never involved in any robbery and was never used for any illegal purpose and I did not give it to anyone else for any reason. This arrest led to the second arrest and charge of first degree robbery.
2. First degree robbery. 1/10/1991 sentence five years prison. I returned home from work several weeks after the first arrest, to find two plain clothes police officers sitting in a car in my front yard. I asked if I could help them and they asked if I was Granville Watson and I replied yes then I was arrested and charged with first degree robbery which I did not commit. This charge is directly related to the first charge of possession of a handgun. I learned while being questioned by the police why they targeted me for the raid in the first charge of possession of a handgun. Robert Fischer was charged with robbery in the robbery of Taco Bell and he told police that we robbed Taco Bell together and used my father's handgun this was not true. While questioning me the police learned that Robert Fischer was married to the victim Ramona Hruby Fischer, who worked at Taco Bell and who took the proceeds from the days earning to the bank that day. The police chose to omit this information and move forward with charges against me. Ultimately a five-year prison sentence ensued for the first two of the four arrests and detentions.
3. Possession of a dangerous weapon.  1/17/1995 ,violation of probation.I was profiled by the police and was stopped. I was told that any black male driving in the area at that time would be subject to search, I was told by the police officer that they were looking for drugs. I did not consent to a search but was searched anyways. No drugs were found but the police found a box cutter in my car to which I told them was used for work, I worked as a bin replenish clerk at JCPenney. I was told that an ex convict can't have a weapon and I stated that it was a work tool, I was arrested and charged with possession of a dangerous weapon. I had to hire counsel, attorney - Ronald Johnson.
4. Non quantity of a controlled substance ( marijuana). 9/17/1998 three years prison sentence. The police called me on the phone to ask if they could ask me additional questions about a fight that my brother had that led to the death of a person. I said yes and I would come to the police station shortly to which they replied they were next door

at my neighbors house questioning them about the incident, when I opened my door several police officers pushed their way into my house and handcuffed me. I asked what was going on and if they had a warrant and they replied, there were concerns about my possible involvement in the incident involving my brother, and that they believed I should be held until they could determine if I had any involvement or not. I told them that they could not hold me unless they had just cause and they had no reason to hold me. They stated that I was on probation for marijuana possession and if they found marijuana they could hold me. They searched the house ( without a warrant) and found nothing. They then told me that if they charged me with a non quantity of marijuana then it could not be tested to determine if actual drugs were found or not and that charge would hold me until they could determine if I had any involvement in my brother's incident. They arrested me and the state's attorney asked the judge to hold me on a $75,000 bond for a non quantity of marijuana. I again hired attorney Ronald Johnson. I was subsequently held for three years while they investigated me for other crimes, ultimately I was never charged with any other charges. I was told in prison that there was information in my file that I should not be released early or qualify for any programs that would give me an early release from prison even though the charges against me were very minor charges. And again these minor charges were completely fabricated.

These four arrests and subsequent prison sentences were a complete miscarriage of justice and the police and the state should be held responsible for these egregious acts.  These wrongful arrests started at the age of 18 and these injustices continued until the age of 38 when I was given relief in the form of a pardon.  For twenty years I suffered and continue to struggle because I had everything taken from me ,I was held back and could not contribute to society or provide for my family and live the type of life most people are afforded and I should be compensated for these injustices and these institutions should be held responsible.

Signed
Granville S Watson

*(signature)*

Sworn to and subscribed before me this __13__ day of __April 2020__

*(Notary seal: Huy V. Nguyen, Notary Public, State of Delaware, My Commission Expires Feb. 26, 2022)*